UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSE COTOC SANCHEZ,

                Plaintiff,

  v.

WARDEN NWDC,,

                Defendant.

No. C10-208 RBL/KLS

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

After review of Plaintiff's application for leave to proceed *in forma pauperis* (Dkts. 7, 11), the undersigned finds that Plaintiff does not appear to have funds available to afford the $350.00 court filing fee. Accordingly, his motion to proceed *in forma pauperis* (Dkt. 5) shall be **GRANTED**. The Clerk is directed to mail a copy of this Order to Plaintiff.

DATED this  30th  day of March, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS APPLICATION - 1